| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare St., Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4575 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOE ALVAREZ-RAMIREZ,<br><br>Defendant. | CASE NO. Cr 1:13-cr-00172 AWI-BAM<br><br><u>STIPULATION REGARDING ADVANCEMENT; ORDER</u> |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, March 10, 2014, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

2. By this stipulation, the parties agree to vacate the status conference date and set the matter for a change of plea on Monday, March 3, 2014, at 10 a.m.

////

////

////

////

IT IS SO STIPULATED.

DATED: February 24, 2014.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: February 24, 2014.

/s/ David Torres
DAVID TORRES
Counsel for Defendant

# O R D E R

IT IS SO ORDERED that the 7th Status Conference set for March 24, 2014 (incorrectly stated as March 10, 2014 on page one of this pleading) is VACATED. The Court sets a Change of plea for March 3, 2014 at 10:00 AM before Judge Ishii in Courtroom 2.

IT IS SO ORDERED.

Dated: **February 24, 2014**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE