| 1  | BENJAMIN B. WAGNER |
|    | United States Attorney |
| 2  | KAREN A. ESCOBAR |
|    | Assistant United States Attorney |
| 3  | 2500 Tulare St., Suite 4401 |
|    | Fresno, CA 93721 |
| 4  | Telephone: (559) 497-4000 |
|    | Facsimile: (559) 497-4575 |
| 5  | |
|    | Attorneys for Plaintiff |
| 6  | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr 1:13-cr-00172 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING ADVANCEMENT; ORDER |
| NOE ALVAREZ-RAMIREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, March 10, 2014, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

2. By this stipulation, the parties agree to vacate the status conference date and set the matter for a change of plea on Monday, March 3, 2014, at 10 a.m.

////

////

////

////

1

IT IS SO STIPULATED.

DATED: February 24, 2014.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: February 24, 2014.

/s/ David Torres
DAVID TORRES
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: February 24, 2014  _____
SENIOR DISTRICT JUDGE